**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **TENNESSEE STATE CONFERENCE** | ) | |
| **OF THE NAACP** *et al.* | ) | |
| | ) | **Case No. 3:26-cv-00638** |
| **v.** | ) | **Judge Richardson** |
| | ) | |
| **TRE HARGETT** *in his official capacity as* | ) | |
| *Secretary of State of the State of Tennessee et al.* | ) | |

**O R D E R**

Because this case is related to earlier-filed cases for which Magistrate Judge Jeffery S. Frensley is the assigned magistrate judge, the Clerk is **DIRECTED** to reassign this case to Judge Frensley for all further case management, including setting of an initial case management conference.

The initial case management conference presently set for November 24, 2026 (Docket No. 5) is **CANCELLED**. An initial case management conference will be reset by Judge Frensley.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge