# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKI HALE, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | |
| V. | § | Case No. 3:26-cv-00603 |
| | § | [Lead Case] |
| WILLIAM LEE, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| TENNESSEE STATE CONFERENCE | § | |
| OF THE NAACP, *et al.* | § | |
| | § | |
| *Plaintiff,* | § | Case No. 3:26-cv-00638 |
| V. | § | [Consolidated Case] |
| | § | |
| | § | |
| TRE HARGETT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## <u>PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs respectfully move for a preliminary injunction on the claim in their First Amended Complaint. Specifically, Plaintiffs explain in the accompanying Brief that they are likely to succeed on their claim that the May 7, 2026 congressional plan ("HB 7003") violates the Fourteenth and Fifteenth Amendments by intentional racial vote dilution against Black voters in the configuration of congressional districts. As Plaintiffs explain, they are irreparably harmed in the absence of injunctive relief and the balance of the equities and public interest favor an injunction. Plaintiffs request an expedited briefing schedule and a joint hearing with the plaintiffs in *Sherman v. Hargett*, Case No. 3:26-cv-00616,

which would promote judicial efficiency as many of the legal issues overlap and the relief sought is similar in nature.

Per L.R. 7.01(a)(1), Counsel for the Plaintiffs have conferred with opposing counsel, who oppose the relief requested in the motion.

**CONCLUSION**

For the foregoing reasons and as set forth in the accompanying brief and appendix, Plaintiffs' motion for a preliminary injunction should be granted.

Dated: June 9, 2026

Respectfully Submitted,

**TURNER FEILD, PLLC**
Van D. Turner, Jr. (TN Bar No. 022603)
2650 Thousand Oaks Boulevard, Suite 2325
Memphis, TN 38118
(901) 290-6610
vturner@turnerfeildlaw.com

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
Kristen Clarke*
Anthony P. Ashton**
4805 Mt. Hope Drive
Baltimore, MD 20215
(410) 580-5777
legal@naacpnet.org

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
/s/*JENNIFER NWACHUKWU*
Robert Weiner **
Jennifer Nwachukwu*
Olivia Sedwick***
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
osedwick@lawyerscommittee.org

**NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.**
Kathryn Sadavasian***
Colin Burke**
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
ksadavasian@naacpldf.org
cburke@naacpldf.org

**BRYAN CAVE LEIGHTON PAISNER LLP**
Meryl Macklin**
Jon Fetterly**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

(415) 675-3433
meryl.macklin@bclplaw.com
jon.fetterly@bclplaw.com
*Admitted *pro hac vice*
**Pro hac vice* motions to be filed
*** *Pro hac vice* motion pending

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was filed on June 9, 2026. A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon all counsel of record.

/s/ Jennifer Nwachukwu
Jennifer Nwachukwu

4