# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| VICKI HALE, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | |
| V. | § | Case No. 3:26-cv-00603 |
| | § | [Lead Case] |
| WILLIAM LEE, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| TENNESSEE STATE CONFERENCE | § | |
| OF THE NAACP, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | Case No. 3:26-cv-00638 |
| V. | § | [Consolidated Case] |
| | § | |
| TRE HARGETT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**<u>DECLARATION OF TYLER STERLING</u>**

I, Tyler Sterling, having been duly sworn, do hereby swear and affirm as follows:

1. I am over the age of 18 years, have personal knowledge of the matters stated herein, am competent to make this declaration, and would testify to the same if called as a witness in Court.

2. I am the National Campaigns Director at the National Association for the Advancement of Colored People ("NAACP").

3. The NAACP is a non-partisan organization headquartered in Baltimore, Maryland.

4. The NAACP, which was founded on February 12, 1909, is the oldest and largest civil rights organization in the United States. Its mission is to achieve equality, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color.

5. The NAACP includes a network of units throughout the United States, including state and state-regional conferences that cover every state, plus the District of Columbia. The NAACP has over two thousand local branches, college chapter, prison chapters, and youth councils, including in the state of Tennessee.

6. In total, the NAACP has approximately 200,000 dues-paying members, including registered voters through the United States.

7. In my role as National Campaigns Director for the NAACP, my work includes developing and implementing the organization's large-scale voter mobilization initiatives, including voter registration, education, and protection efforts, focused on Black communities and youth voters. Through this work, I am familiar with and regularly receive update about the NAACP's voting-related activities from our state and regional conferences across the country, including Tennessee.

8. To execute part of its core mission of protecting and advancing voting rights, the NAACP works to mobilize voters through robust non-partisan civic engagement and election-related programming, including year-round voter registration and education efforts.

9. The NAACP's voter registration and engagement activities include voter registration drives and voter outreach conducted by our national network of state conferences, such as the NAACP Tennessee State Conference, and local branches. This is achieved through door to door canvassing, site based organizing and event-based organizing to provide community members with voter registration and election information. Further, in conjunction with partners across the country the NAACP has launched programs focused on turning out voters through direct voter contact, mass communication, targeted digital mobilization, community organizing, and SMS texting.

10. In addition to the on-the-ground outreach and get-out-the-vote activities, we also provide education, non-partisan voter guides, and resources on elections / issues on the ballot, locating polling places, and navigate absentee and mail-in voting procedures.

11. NAACP members and volunteers are deeply involved in their communities, working to achieve the NAACP's mission on local, state, and federal levels. In order to fulfill its longstanding mission and continue with the efforts it has conducted for decades to assist individual voters in exercising their right to vote, the NAACP is expending all and will need to continue to expend considerable staff and financial resources to educate its members on how these changes will affect their access to voting. This includes, but is not limited to: training, print resources, digital content and event planning.

12. As a result of the late-decade redistricting effort, fewer eligible Tennessee voters ae likely to cast a ballot for a candidate of their choice, which directly harms the NAACP's goal of ensuring that as many eligible U.S. citizens are registered to vote as possible. Particularly affecting youth and digitally unconnected voters.

2

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __4th___ day of June 2026.

_____
Tyler Sterling