# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKI HALE, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | Case No. 3:26-cv-00603 |
| | § | [Lead Case] |
| | § | |
| WILLIAM LEE, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| TENNESSEE STATE CONFERENCE | § | |
| OF THE NAACP, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | Case No. 3:26-cv-00638 |
| V. | § | [Consolidated Case] |
| | § | |
| | § | |
| | § | |
| TRE HARGETT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## DECLARATION OF GLORIA SWEET-LOVE

I, Gloria Sweet-Love, having been duly sworn, do hereby swear and affirm as follows:

1. I am over the age of 18 years, have personal knowledge of the matters stated herein, am competent to make this declaration, and would testify to the same if called as a witness in Court.

2. I am a Black U.S. citizen.

3. I was born in the year 1947.

4. I am lawfully registered to vote and vote regularly in federal, state, and local elections.

5. In addition to my personal capacity, I am the President of the National Association for the Advancement of Colored People's Tennessee State Conference ("NAACP Tennessee").

6. The NAACP was founded on February 12, 1909 and is the oldest, largest, and most widely recognized grassroots-based civil rights organization.

7. The NAACP Tennessee was founded in 1946 to serve as the Tennessee subsidiary of the National Association for the Advancement of Colored People ("NAACP").

8. The NAACP Tennessee is a nonpartisan organization with members across the state of Tennessee. The NAACP Tennessee is formed under Section 501(c)(3) of the Internal Revenue Code. The mission of the NAACP Tennessee is to eliminate race-based discrimination through securing political, educational, social, and economic equality rights and ensuring the health and well-being of all people. The NAACP Tennessee achieves this mission by providing vital information and services to individual units throughout the state.

9. Since 1996, I have served as the President of the NAACP Tennessee. As President of the NAACP Tennessee, I am responsible for overseeing and coordinating the activities all of the adult branches, college chapters, and youth councils within the state of Tennessee. I am also familiar with the various challenges that our members and constituents face, including challenges related to voting rights, civil rights, and individual privacy.

10. The NAACP Tennessee has three regional divisions—Eastern, Middle, and Western Tennessee—as well as 70 local branch units and 16 college chapters and youth councils.

11. The NAACP Tennessee and most of its local branch units are primarily volunteer-run, and all officers are volunteers. In total, the NAACP Tennessee has 5,699 members across the state. Predominately, the members of the NAACP Tennessee are Black; however, the organization also has members from the Hispanic community, other communities of color, and white members. Many Black members of the NAACP Tennessee are residents and registered voters in the previous long-standing Congressional District 9 and are long-time residents of Memphis and Shelby County with generations spanning back several decades.

12. Two central goals of the NAACP Tennessee are to 1) eliminate racial discrimination in the democratic process and 2) to enforce federal laws and constitutional provisions that secure voting rights for all people. Towards those ends, the NAACP has filed several lawsuits to protect the right to vote, regularly engages in efforts to register and educate Black voters and all persons, and encourages Black Tennesseans to engage in the political process by turning out the vote on Election Day.

13. The NAACP Tennessee regularly and actively engages in voter registration, voter education, and voter mobilization efforts. The NAACP Tennessee educates voters regarding polling place locations, registration deadlines, and candidate qualifying requirements. Additionally, the NAACP Tennessee utilizes phone banking, texting, radio advertisements, and church events to educate and encourage voters to exercise their right to vote and vote in all elections.

2

14. As a result of the repeal of Tennessee Annotated Code 2-16-102, the NAACP Tennessee will have to divert substantial resources to educate voters on how to identify their new congressional districts. The new notice law also requires notice to be placed online for people to search on a website on how to locate their polling place. However, many members of the NAACP Tennessee are residents in the rural areas of the state do not have access to the internet. As a result, these members are unable to access the online web materials to identify their new congressional district. Furthermore, the NAACP Tennessee will have to devote additional resources to educate its members and the public about the online portal.

15. As a result of the late-decade redistricting changes, I have firsthand knowledge, both personally and as President of the NAACP Tennessee State Conference, of many individuals whose representation, voting power, and connection to their communities will be directly affected by the changes to Congressional District 9.

16. As a result, the NAACP Tennessee will need to expend significant additional resources to educate candidates and the public about the candidate qualifying requirements, promotes compliance, and mitigate confusion surrounding the qualifying process. Several members of the Tennessee Black Caucus are also members of the NAACP Tennessee and those members are impacted by the recent relaxed candidate qualifying requirements.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___3rd___ day of June 2026 in Brownsville TN

Gloria Sweet-Love

3