# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

TENNESSEE STATE CONFERENCE
OF THE NAACP, et al,

       *Plaintiffs,*                      Case No. 3:26-cv-00638

v.

TRE HARGETT, in his official
capacity as Secretary of State of the
State of Tennessee, et al,

       *Defendants.*

---

### DECLARATION OF VICKIE TERRY

I, Vickie Terry, am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the facts stated herein and declare the following to be true and correct:

1. I am African American or Black.

2. I was born in the year 1960.

3. I am a member of the Tennessee State Conference of the NAACP. I have been a member of the Tennessee State Conference of the NAACP for more than 10 years and was a member of the Tennessee State Conference of the NAACP on May 13, 2026 when the complaint was filed in this case.

4. I reside and am registered to vote in Shelby County. I have lived in Shelby Country for 66 years.

5. I am a qualified voter pursuant to Sec. 2-2-102 of the Tennessee Code.

6. I reside and vote in Congressional ("CD") 8 after the passage of HB 7003.

7. I voted in CD 9 in 2022 and 2024. As a result of changes to the boundaries of my district following the 2026 mid-decade congressional redistricting, I will be impeded in electing candidates of my choice.

8. I intend to vote in future elections in CD 8, and in any other district in which I am eligible to vote, if a candidate that I support is on the ballot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Memphis, Tennessee on 4th day of June, 2026.

VICKIE TERRY

2