# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

TENNESSEE STATE CONFERENCE
OF THE NAACP, et al,

        *Plaintiffs,*                          Case No. 3:26-cv-00638

v.

TRE HARGETT, in his official
capacity as Secretary of State of the
State of Tennessee, et al,

        *Defendants.*

## DECLARATION OF NOEL HUTCHINSON

I, Noel Hutchinson, am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the facts stated herein and declare the following to be true and correct:

1. I am African American or Black.

2. I was born in the year 1961.

3. I am a lifetime member of the Tennessee State Conference of the NAACP.

4. I was a lifetime member of the Tennessee State Conference of the NAACP at the time the complaint was filed in this case, on May 13, 2026.

5. I reside and am registered to vote in Congressional District ("CD") 9, in Shelby County. I have lived in Shelby County for thirty-one (31) years.

6. I am a qualified voter pursuant to Sec. 2-2-102 of the Tennessee Code.

7. I reside and vote in CD 5 after the passage of HB 7003.

8. I voted in CD 9 in 2022 and 2024. As a result of changes to the boundaries of my district following the 2026 mid-decade congressional redistricting, I will be impeded in electing candidates of my choice.

9. I intend to vote in future elections in CD 5, and in any other district in which I am eligible to vote, if a candidate that I support is on the ballot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Memphis, Tennessee on 6/3/26.

Noel Hutchinson

2