# EXHIBIT L

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

TENNESSEE STATE CONFERENCE
OF THE NAACP, et al,

        *Plaintiffs,*

v.

Case No. 3:26-cv-00638

TRE HARGETT, in his official
capacity as Secretary of State of the
State of Tennessee, et al,

        *Defendants.*

## DECLARATION OF MARVIN F. THOMAS, SR.

I, Marvin F. Thomas, Sr., am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the facts stated herein and declare the following to be true and correct:

1. I am African American or Black.

2. I was born in the year 1954.

3. I am a lifetime member of the Tennessee State Conference of the NAACP.

4. I am a member of the National Board of Directors for the NAACP.

5. I was a lifetime member of the Tennessee State Conference of the NAACP at the time the complaint was filed in this case, on May 13, 2026.

6. I reside and am registered to vote in Congressional District ("CD") 9, in Shelby County. I have lived in Shelby County for over three and a half (3.5) years.

7. I am a qualified voter pursuant to Sec. 2-2-102 of the Tennessee Code.

8. I reside and vote in CD 5 after the passage of HB 7003.

9. I voted in CD 9 in 2024. As a result of changes to the boundaries of my district following the 2026 mid-decade congressional redistricting, I will be impeded in electing candidates of my choice.

10. I intend to vote in future elections in CD 5, and in any other district in which I am eligible to vote, if a candidate that I support is on the ballot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Memphis, Tennessee on 6/4/26.

Marvin F. Thomas Sr.

2