# EXHIBIT M

TENNESSEE STATE CONFERENCE
OF THE NAACP, et al,

        *Plaintiffs,*

v.

Case No. 3:26-cv-00638

TRE HARGETT, in his official
capacity as Secretary of State of the
State of Tennessee, et al,

        *Defendants.*

## DECLARATION OF TAJUAN STOUT MITCHELL

I, Tajuan Stout Mitchell, am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the facts stated herein and declare the following to be true and correct:

1. I am African American or Black.

2. I was born in the year 1952.

3. I am a member of the Tennessee State Conference of the NAACP. I am a lifelong member of the national NAACP and was a member of the Tennessee State Conference of the NAACP on May 13, 2026 when the complaint was filed in this case.

4. I reside and am registered to vote in Shelby County. I have resided there for 68 years.

5. I am a qualified voter pursuant to Sec. 2-2-102 of the Tennessee Code.

6. I reside and vote in Congressional ("CD") 9 after the passage of HB 7003.

7.     I voted in CD 9 in 2024. As a result of changes to the boundaries of my district following the 2026 mid-decade congressional redistricting, I will be impeded in electing candidates of my choice.

8.     Currently urban centers, like Memphis, do not get visits or listening tours from our Senators and now we will not be heard by our Congressional Representatives. When we cannot elect the candidate of our choosing, our concerns are reduced to crime, ignoring economic development, food insecurity, housing, environmental injustices, and health care. We pay our taxes but are not offered the full menu of services.

9.     I intend to vote in future elections in CD 9, and in any other district in which I am eligible to vote, if a candidate that I support is on the ballot.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Memphis, Tennessee on June 2, 2026.

TAJUAN STOUT MITCHELL