# EXHIBIT N

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

TENNESSEE STATE CONFERENCE OF THE
NAACP, LEAGUE OF WOMEN VOTERS OF
TENNESSEE, SHELBY COUNTY VOTERS
ALLIANCE, FREE HEARTS, MEMPHIS
URBAN LEAGUE, VICKIE TERRY, NOEL
HUTCHINSON, PASTOR IVORY JACKSON,
BISHOP MARVIN F. THOMAS, SR.,
TAJUAN STOUT MITCHELL, and GLORIA
SWEET-LOVE,

    *Plaintiffs,*

       v.

TRE HARGETT, in his official capacity as
Secretary of State of the State of Tennessee,
MARK GOINS, in his official capacity as
Coordinator of Elections for the State of
Tennessee; the STATE ELECTION
COMMISSION, and DONNA BARRETT,
JUDY BLACKBURN, JIMMY ELDRIDGE,
MIKE MCDONALD, SECONDRA
MEADOWS, VANECIA BELSER KIMBROW,
and KENT YOUNCE, in their official capacities
as members of the State Election Commission,

    *Defendants.*

Case No. 3:26-cv-638

## DECLARATION OF CICELY SHARP IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Cicely Sharp, declare as follows pursuant to 28 U.S.C. § 1746:

1.   I am a Black U.S. citizen and resident of Memphis, Tennessee, where I have lived all my life.

2.   I am a lawfully registered voter. I regularly vote in local, state, and federal elections.

1

3. I was born and raised in Memphis, Tennessee. I attended college at University of Tennessee in Knoxville. Prior to 2026, I was registered to vote in Congressional District 9. After the most recent May 2026 redistricting, I am registered to vote in Congressional District 5.

4. I am currently the Vice President of the Memphis Urban League Young Professionals ("MULYP"). I joined the MULYP in 2018, and I became its Vice President in January 2026. I am also a member of the Memphis Urban League ("MUL").

5. MULYP is an initiative within MUL that provides young professional members ages 21-40 unique networking, professional development, and volunteer opportunities. Though MULYP has its own leadership team, it operates within MUL's nonprofit structure and under the leadership of MUL's President and CEO. In addition to MUL's programmatic pillars, MULYP provides critical civil engagement and advocacy support to ensure that Memphians are informed and educated on political issues that affect their lives and communities. MULYP members meet monthly to discuss upcoming events, ongoing projects, and any updates from the National Urban League, MUL, or other affiliates. Any member of MULYP is automatically a member of the National Urban League, National Urban League Young Professionals, and MUL.

6. MULYP has at least 50 young professionals who pay annual dues to be a part of MULYP and who are also members of MUL. MULYP primarily derives its funding from these membership dues. MULYP has also set aside a specific budget dedicated to civic-engagement and voter-education work in Memphis.

7. As Vice President I am charged with leading MULYP's committees and supporting their varied programming. MULYP has five committees: Health and wellness, financial literacy, youth development, civic engagement, personal and professional development.

2

8. As part of its core programmatic work, MULYP organizes and participates in nonpartisan voter-education and voter-registration events. As part of my duties as Vice President, I am familiar with MULYP's voting-related work. In its nonpartisan voter education events, MULYP members share information with potential voters on the congressional district they live in, the details of upcoming elections and candidates, and how to cast an effective ballot. During its nonpartisan voter-registration events, MULYP members register potential voters and participate in dialogues on the importance of voting and civic engagement. Before upcoming elections, MULYP regularly hosts these nonpartisan voter-education and voter-registration events including knocking on doors to encourage people to register to vote and phone banking to encourage infrequent voters to cast their ballot. For instance, in 2024, MULYP held an event called "Pop Quiz to the Polls" which took seniors from local Memphis high schools to the polls as first-time voters.

9. Before the General Assembly enacted the May 2026 Map, MULYP had participated in nonpartisan voter-education events and shared information and materials with potential voters using the previous congressional map. As a result of the May 2026 Map, MULYP will need to reallocate its political-participation budget, revise its voter-education materials and provide additional training to members so that they can provide current and accurate information to potential voters on their congressional map.

10. To me personally, the General Assembly's decision to enact a map that cracks Memphis across three congressional districts inhibits Black Memphians from having their voices head and needs met because they now are in a congressional district with far-flung communities with disparate priorities.

3

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on June 7, 2026 in Memphis, Tennessee.

_Cicely Sharp_

Cicely Sharp