# EXHIBIT P

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

TENNESSEE STATE CONFERENCE
OF THE NAACP, et al,

   *Plaintiffs,*       Case No. 3:26-cv-00638

v.

TRE HARGETT, in his official
capacity as Secretary of State of the
State of Tennessee, et al,

   *Defendants.*

## DECLARATION OF IAN RANDOLPH

I, Ian Randolph, having been duly sworn, do hereby swear and affirm as follows:

1. I am over the age of 18 years, have personal knowledge of the matters stated herein, am competent to make this declaration, and would testify to the same if called as a witness in Court.

2. I live in Memphis, Tennessee.

3. I am the Director of the Shelby County Voters Association ("SCVA").

4. I was also the Director of the Shelby County Voters Association when the challenged redistricting plan, HB 7003, was adopted.

5. The Shelby County Voters Association was founded in Memphis, Tennessee in 2019.

6. The Shelby County Voters Association is a nonpartisan, volunteer-driven organization dedicated to ensuring the political equality of all residents of Shelby County. The SCVA coordinates the efforts of approximately 700 volunteers across the region.

1

7. The SCVA's work touches everything that has something to do with voting. The SCVA's core activities include voter education, voter registration, voter mobilization, and get-out-the-vote ("GOTV") efforts, including phone banking, text banking, mailing GOTV postcards, and directly contacting inactive voters. The SCVA provides on-the-ground assistance to voters, including coordinating transportation to the polls on Election Day.

8. SCVA also hosts and facilitates civic engagement and education events like town halls with elected leaders and forums on pressing community issues like environmental reform.

9. SCVA focuses these efforts primarily on Black voters, and other voters of color.

10. In my role as Director of the Shelby County Voters Association, I oversee the SCVA's day-to-day operations, manage GOTV efforts, direct volunteer resources and allocations, serve as the face of the organization in television and radio interviews and at public events, speak at civic events on the SCVA's behalf, and support the organization's fundraising activities.

11. To combat the effects of the new map on communities of color throughout Shelby County, the SCVA will have to devote more time and resources to voter registration, voter education, and GOTV efforts, which would have otherwise been spent on the SCVA's core mission activities. The SCVA will need to spend more time canvassing and door knocking to motivate discouraged voters to vote in their new districts. We will need to develop new strategies to drive voter engagement and train volunteers in those new strategies. We will need to develop new resources directing voters to their new polling places and expand our Election Day transportation services to cover polling places in all 3 new districts. All these changes will make SCVA's GOTV efforts less efficient and more expensive than in past years. Because the Shelby County Voters Association is a volunteer organization, by allocating time and resources to these

2

priorities, the SCVA will be unable to commit to other programs that are central to its mission like civic engagement and educational programs.

12. The Shelby County Voters Association organizes voters who reside in the former Congressional District 9 ("CD 9") and in all three of the districts that have been created out of the dismantled CD 9, CD 5, 8, and 9. Those voters' voting power has been reduced given the configuration of the new districts.

13. Many of the SCVA volunteers are Black or other people of color. As with the voters that SCVA supports, many of our volunteers who organize, live and vote in former Congressional District 9 ("CD 9") now live in the newly redrawn Shelby County congressional districts in HB 7003—CD 5, CD 8, and CD 9. Their voting power has been similarly reduced given the configuration of the new districts.

14. Under the new Congressional plan, it is difficult for Black voters and voters of color to elect the candidates of their choice. As a result, many voters have stated they believe their vote does not count. Under such conditions, it is more challenging to persuade Black voters and voters of color to participate in the electoral process.

15. These conditions further result in the SCVA needing to spend more time, effort, and resources on GOTV and organizing efforts in these communities, restricting resources that could be spent on the other critical components of SCVA's mission.

16. In bringing this litigation, I understand that the Shelby County Voters Association stands in the shoes of its volunteers for associational standing purposes. As such, as Director of the Shelby County Voters Association, I can represent that the organization has at least one volunteer in each of the aforementioned districts.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Memphis, Tennessee on 4th day of June, 2026.

Ian Randolph, Director,
Shelby County Voters Alliance

Case 3:26-cv-00638   Document 31-17   Filed 06/09/26   Page 5 of 5 PageID #: 479