# EXHIBIT 3

LEGISLATIVE HISTORY – TENNESSEE GENERAL ASSEMBLY
_____

VIDEO RECORDING

of

Senate Bills 7003, 7004, 7006

_____

Reported by:
Harpeth Court Reporters
Franklin, Tennessee
Julie Lyle, RPR, LCR

Case 3:26-cv-00638   Document 37-3   Filed 06/23/26   Page 2 of 21 PageID #: 587

I N D E X

| | | |
|---|---|---|
| 1 | Senate Bill 7003 | 5 |
| 2 | Senate Bill 7004 | 6 |
| 3 | Senate Bill 7006 | 78 |

Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 3 of 21 PageID #: 588

SENATE JUDICIARY COMMITTEE

May 6, 2026

(WHEREUPON, on the above date, there came up for consideration in the Senate Judiciary Committee Senate Bills 7003, 7004, and 7006. Discussion pertaining to this bill was as follows:)

CHAIRMAN GARDENHIRE: The Judiciary Committee will now be called to order.

Madam Secretary, call the roll, please.

MADAM SECRETARY: Senator Akbari.

SENATOR AKBARI: Present.

MADAM SECRETARY: Is present.

Senator Harshbarger.

SENATOR HARSHBARGER: Here.

MADAM SECRETARY: Is present.

Senator Lamar.

SENATOR LAMAR: Present.

MADAM SECRETARY: Is present.

Senator Pody.

SENATOR PODY: Present.

MADAM SECRETARY: Is present.

Senator Roberts.

SENATOR ROBERTS: Here.

MADAM SECRETARY: Is present.

Senator Rose.

Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 4 of 21 PageID #: 589

SENATOR ROSE:  Here.

MADAM SECRETARY:  Is present.

Senator Seal.

SENATOR SEAL:  Present.

MADAM SECRETARY:  Is present.

Senator Stevens.

SENATOR STEVENS:  Present.

MADAM SECRETARY:  Is present.

Senator Taylor.

SENATOR TAYLOR:  Present.

MADAM SECRETARY:  Is present.

Senator White.

SENATOR WHITE:  Present.

MADAM SECRETARY:  Is present.

Chairman Gardenhire.

CHAIRMAN GARDENHIRE:  Present.

MADAM SECRETARY:  Is present.

Chairman, you have 11 members.

CHAIRMAN GARDENHIRE:  Thank you.

Does anybody have any personal privilege or introductions you would like to make?  I see none.

I do want to make -- one of my cousins from Shelby County, from Memphis, is here, Anne Butterfield Hawkins, sitting right over there.  She

Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 5 of 21 PageID #: 590

drove all the way up, and I hope just to see me in action, but I think she just was interested in the process we're going through.

I think everybody has received color copies of the map. That's going to save Senator Seal a lot of problems. I don't think he brought his colored crayons with him, so we already got it fixed up for you.

Let's move to the calendar. Number 1, Senate Bill 7003, Leader Johnson is carrying that, I believe.

Is he in the cloakroom? If he is, would somebody ask him to come out?

Before he does, I'm going to -- there's hardly anybody in here. I don't think anybody else is coming in, so I can suspense with reading of the rules of the committee that I have. So I don't think I have to worry about that.

Leader Johnson, you are now recognized on Senate Bill 7003.

SENATOR JOHNSON: Thank you, Mr. Chairman and Members.

That is -- that is a backup bill that we don't intend to use, so if I could have you move that to the heel of the calendar, and depending on

Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 6 of 21 PageID #: 591

what happens with some other bills on your calendar, that will go to General Sub.

UNIDENTIFIED SPEAKER:  So to the heel.

CHAIRMAN GARDENHIRE:  Move to the heel?

UNIDENTIFIED SPEAKER:  Yeah.

CHAIRMAN GARDENHIRE:  All right.  Move to the heel of this committee, right?

SENATOR JOHNSON:  Yes, sir.  Thank you, sir.

CHAIRMAN GARDENHIRE:  Thank you.

Next on the agenda is Senate Bill 7004 by -- Senator Stevens is carrying that.

Senator Stevens, you are recognized on Senate Bill 7004.

SENATOR STEVENS:  Thank you, Mr. Chairman, Members.

There are 535 members of Congress, which divides into 100 senators and 435 members of the House of Representatives.  This legislation, which is really a map today, is the proposed district lines for nine of -- members, which are the Tennessee representatives in the House of Representatives.

Tennessee is a conservative state.  When our congressional representation in Washington

Case 3:26-cv-00638   Document 37-3   Filed 06/23/26   Page 7 of 21 PageID #: 592

should reflect that, this map ensures that.

And with that, I'll make a motion on the bill.

SENATOR ROSE:  Seconded.

CHAIRMAN GARDENHIRE:  Motions have been made by Senator Stevens, seconded by -- by Senator Rose.

Is there any amendments to this?  Does this stand alone?

MR. STEVENS:  It's the map.  The language is being drafted for the amendment, but for now, we're going to -- like we do in the Finance Committee, before the language of the budget amendment is finalized, oftentimes we will pass out the schedule, which is just the numbers.  And so, for this purpose today, we're passing out the map as the actual language is being completed.

CHAIRMAN GARDENHIRE:  Okay.  Leader Akbari, you're recognized.

SENATOR AKBARI:  Thank you, Mr. Chair. I need a point of clarification.  So are we saying we do not have an actual amendment before us to vote on?

CHAIRMAN GARDENHIRE:  Senator Stevens, would you like to --

Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 8 of 21 PageID #: 593

Memphis sits, no knowledge of Shelby County, and where their border lies.

Okay. How long did this process take?

MR. STEPHENS: The call -- thank you, Mr. Chairman. And I apologize. I haven't said thank you, Mr. Chairman.

The -- and I may be -- we may be just going back and forth rather than our normal procedure.

SENATOR LAMAR: I would appreciate his cooperation.

SENATOR STEVENS: The map took, you know, however long it's been since Governor Lee called us into special session.

SENATOR LAMAR: Was the public given the opportunity to review or provide input before these lines were finalized or proposed?

SENATOR STEVENS: These -- these are the -- the maps are -- between Senator Johnson and I, we drew the maps. We had interaction with the House of Representatives as well.

SENATOR LAMAR: So you're establishing that, before these maps were drawn, you-all took no effort into hearing from the public to have their input before these lines were drawn?

(615) 933-6786
www.harpethcourtreporters.com
59
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 9 of 21 PageID #: 594

SENATOR STEVENS: The public is -- is getting their opportunity at this moment because the maps are not finalized due to the compressed nature.

SENATOR LAMAR: Okay. So is it true that you could have conducted this redistricting map while we were in session a couple of weeks ago?

SENATOR STEVENS: I presume so, yes.

SENATOR LAMAR: Why are we redistricting now during the special session when we had the opportunity to do it just a few weeks ago?

SENATOR STEPHENS: Well, that's a very long answer.

SENATOR LAMAR: I got time.

SENATOR STEVENS: New York state had 62 counties. In the 2024 presidential election, Donald Trump won 46 of New York's 62 counties. Kamala Harris won 16 counties, including the boroughs of New York City, which are counties, and carried the state with about 55.7 percent of the vote to Donald Trump's 43.1 percent, securing its electoral votes.

Following the 2020 census, New York lost a congressional seat and its independent redistricting commission attempted to draw a new map. However, they could not reach an agreement on the map, and the Democratic-dominated New York state

legislature drew their own congressional map.

In April of 2022, in the lead-up to the '22 midterms, the New York State Court of Appeals struck down the map as unconstitutional. It failed to follow the proper procedures. The Court then appointed an independent special master to create a new map.

In 2022, the house election in New York, under the new map, the Republican party flipped three seats, bringing the new map seat count to 15 for the Democrats and 11 held by Republicans.

In March 2023, New York Democrats challenged the new map, deeming it incorrect for the Court to draw the map, claiming that the job lies solely with the legislature and that the independent redistricting commission held the sole authority.

In July of 2023, an intermediate appellate court ruled that the independent redistricting commission must create another new map for the 2024 house elections.

The New York state Republicans challenged the ruling of the Court of Appeals, who ruled, on December 12, 2023, that the maps must be redrawn by the legislature and the independent redistricting commission for the 2024 elections.

(615) 933-6786
www.harpethcourtreporters.com
61
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 11 of 21 PageID #: 596

On February 24th, 20 -- on February 27th, excuse me, 2024, the New York state legislature voted to reject the bipartisan map and instead favored redrawing the map drawn by Democrats.

On February 28, 2024, the state legislature passed a new map, resulting with the 3rd, 18th, and 22nd congressional districts becoming more Democratic while the first became more Republican.  The map was signed by the governor on the same day.

More recently, on August 14th, 2025, Governor Gavin Newsome, in a mid-decade redistricting effort, called for a special election on November 4th, 2025, Proposition 50, that would temporarily allow the legislature to draw new congressional maps favoring Democrats, bypassing the independent citizens redistricting commission that is enshrined in Article 21 of the California Constitution.

The California Constitution says that the citizens redistricting commission is assigned responsibility to redistrict after each decennial census.  It requires the commission to be created no later than December 31 in years ending in zero.  It

(615) 933-6786
www.harpethcourtreporters.com
62
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 12 of 21 PageID #: 597

has 14 members, five democrats, five Republicans, and four from neither party.

Mandates of the redistricting criteria for drawing districts, equal population, contiguity, compactness, communities of interest, and no favoritism towards incumbents or parties. Those are requirements by the California Constitution.

It requires an open, transparent process. It was specifically approved by two ballot propositions in 2008 and 2010, moving the drawing of district lines from the legislature to the Independent Commission in an effort to take politics out of drawing lines.

Proposition 50 replaced the commission-drawn maps with new maps drawn by the Democrat supermajority in the state legislature. These new maps only apply for 2026, '28, and 2030. The constitutional independent citizen redistricting commission will revert back to power after the 2030 election.

Proposition 50 also relaxed the redistricting criteria to only follow federal criteria, meaning equal population and compliance with the Voting Rights Act, not the more strict state criteria. Thus, in California, the state

(615) 933-6786
www.harpethcourtreporters.com
63
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 13 of 21 PageID #: 598

legislature did not have any constitutional authority to directly change the district lines, unlike Texas, where the legislature controls district lines.

According to Ballotopedia, Proposition 50 is a Democratic redrawing of maps, several congressional districts, to incorporate larger shares of urban and suburban Democratic voters, increasing Democrat registration advantages in competitive districts and converting several Republican-leaning seats into Democrat-leaning seats.

Nonpartisan observers saw it as an example of aggressive, quote -- this is a quote. Nathaniel -- not to say his name wrong -- R-A-K-I-C-H described the California maps as "an aggressive Democratic gerrymander" that will result in double the bias in the current maps as a result of simultaneously cracking Republican districts and unpacking an -- extremely Democratic districts through absorbing more Republican seats.  It targets five Republican incumbents.  It decreases the competitiveness of seven swing districts held by democrats.

Further, in Virginia, Virginia voters

(615) 933-6786
www.harpethcourtreporters.com
64
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 14 of 21 PageID #: 599

recently passed a constitutional amendment allowing Democrats to temporarily redraw the Commonwealth's congressional map, setting them up to flip four seats this November.

But Democrats were ultimately -- from the Cook Political Report, "but Democrats were ultimately successful in convincing their voters to back a temporary map that will put Republicans at an even greater risk of losing the House of Representatives this fall. Under the new map, Democrats are favored in 10 of this state's 11 seats, leaving just one deep-red district in southwest Virginia. Currently, the delegation is evenly split," six-five -- "six Democrats, five Republicans."

As of today, as far as I'm aware, the Virginia redistricting referendum remained uncertified and blocked by court order, with the Virginia Supreme Court actively weighing challenges to the voter-approved constitutional amendment.

For more background, in '25/'26, the Democrat-controlled Virginia General Assembly advanced a legislative-referred constitutional amendment to enable a mid-decade congressional restricting. This is aimed to implement a new map

Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 15 of 21 PageID #: 600

favoring Democrats, potentially shifting several seats ahead of the 2026 midterms. Voters narrowly approved the measure in a special statewide election on April 21st, 2026.

Republicans have challenged the process on procedural grounds, arguing that the violations of the constitutional requirements, timing of special elections, public notice, scope of legislative sessions, [unintelligible] language.

It has been -- so that is -- that is no certification yet. It is -- it is pending. And I -- I'll stop there.

So I hope that answers your question.

SENATOR LAMAR: Am -- am I able to finish? Thank you, Mr. Chair.

It did not answer my question. I do want to reiterate, why are we doing this now during a special session when, through all the things that you've named, all of these things could have been done during regular session? Why are we doing this after regular session has already concluded?

CHAIRMAN GARDENHIRE: Senator Stevens.

SENATOR STEVENS: There is an election this fall of who's going to control the House of Representatives. That's why. We want Republicans

(615) 933-6786
www.harpethcourtreporters.com
66
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 16 of 21 PageID #: 601

to maintain control of the House of Representatives.

SENATOR LAMAR:  Thank you.

My next one.  In 2022, when the maps were considered the first time, this body held months of public hearing.

Why did you not hold public hearing this time for this new map like we did in 2022?

SENATOR STEVENS:  Timing.  We're having the public hearings right now.

SENATOR LAMAR:  Why would -- was -- in 2022, people were allowed to submit their own maps for consideration.  Why were they not given an opportunity to submit their own maps now?

SENATOR STEVENS:  Going back, I mean, the governor called us in to special session.  This is not called by the -- by the legislature.  The governor called us in to special session.  We're compelled by the Constitution to be in special session.

SENATOR LAMAR:  So you are aware that, by calling this special session to do this, the qualifying deadline has already passed, correct?

SENATOR STEVENS:  There's -- I believe one of the bills deals with that.

SENATOR LAMAR:  I'm saying, before we

Case 3:26-cv-00638   Document 37-3   Filed 06/23/26   Page 17 of 21 PageID #: 602

came to special session, were you aware that the qualifying deadline has already passed?

SENATOR STEVENS: As I've said, the -- the legislation that's proposed, in state and local, I believe addresses that.

CHAIRMAN GARDENHIRE: Senator Lamar, it -- it's about time to wrap -- wrap it up. I've given you plenty of time. And so other people may have questions from the panel.

SENATOR LAMAR: Thank you, Mr. Chair. Yes, go ahead.

CHAIRMAN GARDENHIRE: Leader Akbari.

SENATOR AKBARI: Thank you, Mr. Chair, and I have a few questions as well.

To the sponsor, when this body considered the 2022 congressional map, was race a factor in determining the boundaries of the 9th Congressional District?

SENATOR STEVENS: I have no -- race is not a -- we are moving forward in proposing new congressional potential maps with the intent to mitigate any potential risk there is of litigation.

SENATOR AKBARI: Thank you, Mr. Chair.

I will ask that question again, because I wanted to make sure you fully understood what I

(615) 933-6786
www.harpethcourtreporters.com
68
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 18 of 21 PageID #: 603

was saying.

When this body considered the 2022 congressional map, was race a factor in determining the boundaries of the Congressional 9th District? That is a yes-or-no question.

SENATOR STEVENS: And -- and I appreciate --

SENATOR AKBARI: Or "I don't know." That is an [unintelligible] answer.

SENATOR STEVENS: As an attorney, I appreciate leading questions. But as I've said, my response is, this map is reducing the risk of future legal challenges, protecting the state from costly litigation. That's my response.

CHAIRMAN GARDENHIRE: Senator Akbari.

SENATOR AKBARI: So -- Mr. Chair, thank you.

So it seems like your answer is saying that race was a factor, so if that was the case, then why was a Congressional 9th District not drawn now as a majority-minority district?

SENATOR STEVENS: You're attempting to put words in my mouth that I'm not saying.

SENATOR AKBARI: Okay. So if race wasn't a factor -- thank you, Mr. Sponsor -- then

(615) 933-6786
www.harpethcourtreporters.com
69
Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 19 of 21 PageID #: 604

why does this Congressional 9th District need to be changed right now?

SENATOR STEVENS:  Again, we were called in to special session.  We have a constitutional obligation to be in special session regarding the call that the governor put forward.

We are attempting to maximize the chances that the congressional delegation of Tennessee will maintain a Republican majority in the United States House of Representatives.  That's our intent.

CHAIRMAN GARDENHIRE:  Senator Akbari.

SENATOR AKBARI:  Thank you, Mr. Chair.

And so I believe you said earlier that you wanted to avoid a future lawsuit.  Was that in reference to the maps as drawn prior to the Callais decision?  Are you intimating that you believe that the maps, after the Callais decision, as they exist now, could result in a lawsuit?

SENATOR STEVENS:  As I said, I've answered that question at least twice already.

SENATOR AKBARI:  Thank you, Mr. Chair. I don't agree with that, but I will move on.

Did you consider -- since you and Leader Johnson apparently created these maps, did you

Case 3:26-cv-00638    Document 37-3    Filed 06/23/26    Page 20 of 21 PageID #: 605

REPORTER'S CERTIFICATE

I, Julie Lyle, Registered Professional Reporter and Tennessee Licensed Court Reporter, do hereby certify:

1.  Being a Court Reporter, I transcribed the video stenographically to the best of my skills and ability, and the foregoing pages contain a full, true, and accurate transcript of said stenographic notes then and there taken;

SIGNED this 9th day of May, 2026.


_____
Julie Lyle
Tennessee LCR No. 850, Exp:  6/30/26