**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| AMBER SHERMAN, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | Case No. 3:26-cv-00616 |
| V. | § | [Lead Case] |
| | § | |
| TRE HARGETT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| TENNESSEE STATE CONFERENCE | § | |
| OF THE NAACP, *et al.* | § | |
| | § | |
| *Plaintiff,* | § | Case No. 3:26-cv-00638 |
| V. | § | [Consolidated Case] |
| | § | |
| | § | |
| TRE HARGETT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## <u>PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION</u>

Plaintiffs respectfully move for leave to file a 10-page reply brief, in excess of the 5 pages normally allowed under Local Rule 7.01(a)(4), to address Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction ("Opposition"). In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed their Motion for Preliminary Injunction on June 9, 2026, and Defendants filed their Opposition on June 23, 2026.

2. Under Local Rule 7.01(a)(4), replies to a motion may not exceed 5 pages, unless the Court orders otherwise.

1

3. Plaintiffs respectfully request that they be granted leave to exceed the 5-page limitation by an additional 5 pages, exclusive of any exhibits, caption, signature blocks, certificates of service, statements of facts, table of contents, and table authorities.

4. The additional pages will allow Plaintiffs to fully address the arguments raised in Defendants' 26-page Opposition. Moreover, additional pages are needed because the constitutional and statutory voting rights issues presented in this case are complex and of significant public importance to Tennessee citizens seeking fair electoral representation.

5. On June 25, 2026, counsel for Defendants indicated that they consent to Plaintiffs' request for additional pages.

Dated: June 25, 2026                                  Respectfully submitted,


**TURNER FEILD, PLLC**                          **NATIONAL ASSOCIATION FOR THE**
/s/*VAN D. TURNER, JR.*                          **ADVANCEMENT OF COLORED PEOPLE**
Van D. Turner, Jr. (TN Bar No. 022603)          Kristen Clarke*
2650 Thousand Oaks Boulevard, Suite 2325        Anthony P. Ashton*
Memphis, TN 38118                                4805 Mt. Hope Drive
(901) 290-6610                                   Baltimore, MD 20215
vturner@turnerfeildlaw.com                       (410) 580-5777
                                                 legal@naacpnet.org


**LAWYERS' COMMITTEE FOR CIVIL**                 **NAACP LEGAL DEFENSE &**
**RIGHTS UNDER LAW**                             **EDUCATIONAL FUND, INC.**
Robert Weiner **                                 Kathryn Sadavasian*
Jennifer Nwachukwu*                              Colin Burke**
Olivia Sedwick*                                  40 Rector Street, 5th Floor
1500 K Street NW, Suite 900                      New York, NY 10006
Washington, DC 20005                             (212) 965-2200
(202) 662-8600                                   ksadavasian@naacpldf.org
rweiner@lawyerscommittee.org                     cburke@naacpldf.org
jnwachukwu@lawyerscommittee.org
osedwick@lawyerscommittee.org


**BRYAN CAVE LEIGHTON PAISNER LLP**
Meryl Macklin**
Jon Fetterly**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

2

(415) 675-3433
meryl.macklin@bclplaw.com
jon.fetterly@bclplaw.com

*Admitted *pro hac vice*
** *Pro hac vice* motion pending

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion was filed on June 25, 2026. A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system on all counsel of record.

/s/ Jennifer Nwachukwu
Jennifer Nwachukwu

4