# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> TRE HARGETT, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   3:26-cv-00638

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SECRETARY TRE HARGETT
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/26/2026   *Sabrina Brewer*
*Signature of Clerk or Deputy Clerk*

Civil Action No.   3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. <br><br> *Plaintiff(s)* <br> v. <br> TRE HARGETT, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   3:26-cv-00638

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   COORDINATOR MARK GOINS
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        6/26/2026

*Sabrina Brewer*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRE HARGETT, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:26-cv-00638

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TENNESSEE ELECTION COMMISSION
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     6/26/2026

*Sabrina Brewer*

*Signature of Clerk or Deputy Clerk*

Civil Action No.   3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRE HARGETT, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   3:26-cv-00638

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   COMMISSIONER DONNA BARRETT
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     6/26/2026                          *Sabrina Brewer*
                                             *Signature of Clerk or Deputy Clerk*

Civil Action No.   3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. <br><br> _Plaintiff(s)_ <br> v. <br> TRE HARGETT, et al. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:26-cv-00638 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ COMMISSIONER JUDY BLACKBURN
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/26/2026

_Sabrina Brewer_
_Signature of Clerk or Deputy Clerk_

Civil Action No. 3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| TRE HARGETT, et al. | |
| *Defendant(s)* | |

Civil Action No.   3:26-cv-00638

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   COMMISSIONER JIMMY ELDRIDGE
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/26/2026

*Sabrina Brewer*
*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) ) |
| TRE HARGETT, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:26-cv-00638

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMMISSIONER VANECIA KIMBROW
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____6/26/2026_____

*Sabrina Brewer*
*Signature of Clerk or Deputy Clerk*

Civil Action No.   3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                         *Server's signature*

                                                    _____
                                                         *Printed name and title*


                                                    _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

<table>
<tr><td>TENNESSEE STATE CONFERENCE OF THE<br>NAACP, et al.<br><br>_____<br><em>Plaintiff(s)</em><br><br>v.<br><br>TRE HARGETT, et al.<br><br>_____<br><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  3:26-cv-00638</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   COMMISSIONER MIKE MCDONALD
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     6/26/2026

*Sabrina Brewer*

*Signature of Clerk or Deputy Clerk*

Civil Action No.   3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al. | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  3:26-cv-00638 |
| TRE HARGETT, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMMISSIONER KENT YOUNCE
C/O ZACHARY L. BARKER
OFFICE OF THE TN ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD.
SUITE 2325
MEMPHIS, TN 38118
VTURNER@TURNERFEILDLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/26/2026

*Sabrina Brewer*
*Signature of Clerk or Deputy Clerk*

Civil Action No.    3:26-cv-00638

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10;☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attempted service, etc: