# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| AMBER SHERMAN, *et al.* | § § § | |
| *Plaintiffs,* | § | |
| V. | § § | Case No. 3:26-cv-00616 [Lead Case] |
| TRE HARGETT, *et al.*, | § § | |
| *Defendants.* | § § § | |
| TENNESSEE STATE CONFERENCE OF THE NAACP, *et al.* | § § § | |
| *Plaintiff,* | § § | Case No. 3:26-cv-00638 [Consolidated Case] |
| V. | § § | |
| TRE HARGETT, *et al.*, | § § | |
| *Defendants.* | § § | |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

Plaintiffs respectfully move for leave to file a 10-page reply brief, in excess of the 5 pages normally allowed under Local Rule 7.01(a)(4), to address Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction ("Opposition"). In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed their Motion for Preliminary Injunction on June 9, 2026, and Defendants filed their Opposition on June 23, 2026.

2. Under Local Rule 7.01(a)(4), replies to a motion may not exceed 5 pages, unless the Court orders otherwise.