**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **TENNESSEE STATE CONFERENCE** ) | |
| **OF THE NAACP, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **NO. 3:26-cv-00638** |
| **v.** ) | |
| ) | |
| **TRE HARGETT, in his official capacity** ) | |
| **as Secretary of State of Tennessee, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER

The three-judge panel appointed to hear and decide this case recently denied a similar request for relief in *Sherman v. Hargett*, Case No. 3:26-cv-00616, Doc. No. 62 (July 23, 2026). In light of that ruling, on or before July 31, 2026, the parties shall file a joint notice advising the Court whether they continue to request a hearing on the motion for preliminary injunction. If a hearing is requested, the parties shall provide their availability in August and state whether they are amenable to holding the hearing by videoconference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE