**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **TENNESSEE STATE CONFERENCE OF THE NAACP, et al.,** ) ) ) | |
| **Plaintiffs,** ) | |
| ) | **NO. 3:26-cv-00638** |
| **v.** ) ) | |
| **TRE HARGETT, in his official capacity as Secretary of State of Tennessee, et al.,** ) ) ) | |
| **Defendants** ) | |

## ORDER

On or before August 24, 2026, the parties shall file supplemental briefs addressing the impact, if any, of the legal reasoning in the preliminary injunction ruling in *Sherman v. Hargett*, Case No. 3:26-cv-00616, Doc. No. 62 (July 23, 2026), on the pending motion to dismiss in this case. (Doc. No. 44).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE