TENNESSEE STATE CONFERENCE
OF THE NAACP, *et al.*,

  *Plaintiffs,*

v.

TRE HARGETT, in his official capacity as
Secretary of State of Tennessee, *et al.*,

  *Defendants.*

)
)
)
)
)
)
)
)
)
)

No. 3:26-cv-00638
THREE-JUDGE COURT

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

Plaintiff and Defendants, through counsel, file this Joint Motion to Continue Initial Case Management Conference and Associated Deadlines ("Joint Motion"). The Parties respectfully request that this Court continue the initial case management conference ("ICMC"), currently scheduled for August 19, 2026, at 8:30 a.m. Dkt. 14. The Parties request that the ICMC be continued until approximately fifteen (15) days after issuance of this Court's order adjudicating Defendants' pending motion to dismiss. Additionally, the parties request that the deadlines associated with the ICMC, including the submission of a proposed initial case management order ("ICMO"), be extended too.

All Parties agree that continuing the initial case management conference scheduled for August 19, 2026, would allow the parties to be better positioned to assess the case management needs. The Parties are mindful that initial case management

1

considerations are ongoing with the Court, and the Parties have amicably discussed case planning. The Parties agree that resolution of issues contained in Defendants' motion to dismiss would steer the management of this case. When the parties agree on a scheduling matter, the parties' agreement is good cause. *ABC Indus. Laundry v. Allianz Glob. Risks U.S. Ins. Co.*, No. 2:21-CV-01029-APG-VCF, 2021 WL 3824663 (D. Nev. Aug. 26, 2021) (staying discovery upon agreement of the parties).

In support of their Joint Motion, the Parties state as follows:

1. On May 19, 2026, this Court issued its Order setting the ICMC for August 19, 2026, at 8:30 a.m. Dkt. 14. That Order requires the Parties to prepare and to submit to the court a proposed ICMO three business days before the ICMC. *Id.*

2. On June 9, 2026, Plaintiffs moved for a preliminary injunction, Dkt. 31, which the parties have fully briefed. This Court has not yet ruled on Plaintiffs' request for preliminary relief.

3. On May 22, 2026, this Court administratively consolidated this matter with two other cases challenging Tennessee congressional districts enacted in 2026, *Sherman v. Lee* and *Moses v. Lee*. Dkt.16; *see Moses v. Lee*, No. 3:26-cv-00694, ECF No. 28. In *Sherman*, preliminary relief was denied, Defendants' motion to dismiss remains pending, and the parties jointly moved to continue the initial case management conference. *See Sherman v. Hargett*, No. 3:26-cv-00616, ECF Nos. 26, 40, 62, 63. In *Moses*, plaintiff's motion for preliminary injunction remains pending, and defendants' motions to dismiss remain

2

pending. *See Moses v. Lee*, No. 3:26-cv-00694, ECF Nos. 33, 55.

4.      Defendants moved to dismiss for failure to state a claim and lack of jurisdiction on June 26, 2026. Dkt. 44. Plaintiffs responded on July 10, 2026, Dkt. 50, and Defendants replied on July 17, 2026, Dkt. 52.

For the reasons above, the Parties jointly and respectfully request that this Court continue the ICMC until approximately fifteen (15) days after issuance of this Court's order adjudicating Defendants' pending motion to dismiss.

3

Dated: August 14, 2026                          Respectfully submitted,


                                                /s/ *Anthony P. Ashton*

**TURNER FEILD, PLLC**                          **NATIONAL ASSOCIATION FOR THE**
Van D. Turner, Jr. (TN Bar No. 022603)          **ADVANCEMENT     OF     COLORED**
2650 Thousand Oaks Boulevard, Suite             **PEOPLE**
2325 Memphis, TN 38118                          Kristen Clarke*
(901) 290-6610                                  Anthony P. Ashton*
vturner@turnerfeildlaw.com                      4805 Mt. Hope Drive
                                                Baltimore, MD 20215
                                                (410) 580-5777
                                                legal@naacpnet.org
                                                aashton@naacpnet.org
                                                kclarke@naacpnet.org


**LAWYERS' COMMITTEE FOR CIVIL**                **NAACP      LEGAL     DEFENSE    &**
**RIGHTS UNDER LAW**                            **EDUCATIONAL FUND, INC.**
Robert Weiner *                                 Kathryn Sadavasian*
Jennifer Nwachukwu*                             Colin Burke**
Olivia Sedwick*                                 40 Rector Street, 5th Floor
1500 K Street NW, Suite 900                     New York, NY 10006
Washington, DC 20005                            (212) 965-2200
(202) 662-8600                                  ksadavasian@naacpldf.org
rweiner@lawyerscommittee.org                    cburke@naacpldf.org
jnwachukwu@lawyerscommittee.org
osedwick@lawyerscommittee.org


**BRYAN CAVE LEIGHTON PAISNER LLP**
Meryl Macklin**
Jon Fetterly**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
(415) 675-3433
meryl.macklin@bclplaw.com
jon.fetterly@bclplaw.com


*Admitted *pro hac vice*

** *Pro hac vice* motion pending
JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER (BRP #035933)
*Senior Assistant Attorney General*

ANDREW DENNING (BPR #042208)
*Assistant Attorney General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7400
Zachary.barker@ag.tn.gov
Andrew.denning@ag.tn.gov
(615) 532-4098

TAYLOR A.R. MEEHAN (admitted PHV)
BRYAN K. WEIR (admitted PHV)
THOMAS A. WILSON (admitted PHV)
SOREN GEIGER (admitted PHV)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
bryan@consovoymccarthy.com
twilson@consovoymccarthy.com
soren@consovoymccarthy.com

*Counsel for Defendants*