**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, *et al.*, | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Case No. 3:26-cv-00638<br>Judge Campbell / Frensley |
| TRE HARGETT, *et al.*, | ) | |
| Defendant(s) | ) | |

**O R D E R**

The Initial Case Management Conference set for September 9, 2026 is hereby CANCELLED. Per Docket No. 62, the Parties shall file a motion to reset the Initial Case Management Conference within 14 days after a ruling on the motion to dismiss if necessary.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge